UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**  **CRIMINAL NO. 4:06-CR-0033 WHB LRA**

**JAMES L. JOHNSON**

## ORDER OF DISMISSAL OF COUNT 2

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein and in accordance with the Plea Agreement in this case, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against defendant, JAMES L. JOHNSON, with prejudice.

        DUNN LAMPTON
        United States Attorney

        /s/ Dave Fulcher
By:   DAVE FULCHER
        Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 2.

SO ORDERED, this the 5th day of December, 2007.

        s/William H. Barbour, Jr.
        HONORABLE WILLIAM H. BARBOUR, JR.
        UNITED STATES DISTRICT JUDGE